UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE J. ZECCO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 10-10319-FDS |
| HESS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER ON DEFENDANT'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

**SAYLOR, J.**

This is a contract dispute concerning the validity and enforceability of an option to purchase land contained in a lease. Jurisdiction is based on diversity of citizenship. Plaintiff Janice Zecco and defendant Hess Corporation each seek a declaratory judgment from this Court, and defendant seeks an order of specific performance. Pending before the Court is defendant's motion for judgment on the pleadings under Fed. R. Civ. P. 12(c). The underlying facts are largely undisputed; the dispute centers on two legal questions: (1) whether defendant validly exercised its option to extend the lease for a fourth term, from October 2005 to October 2010, and (2) whether defendant's option to purchase is subject to the common-law rule against perpetuities.

For the reasons stated in this Court's memorandum and order certifying a question of state law to the Supreme Judicial Court of Massachusetts filed herewith, the Court concludes that defendant is entitled to declaratory judgment as to the first question. That is, based on the

undisputed facts, defendant validly extended its fourth option to extend the lease, and the lease was in effect until October 17, 2010. The Court has certified the second question to the Supreme Judicial Court, as it presents a question of state law for which there is no controlling precedent from the Commonwealth's highest court, but will likely be determinative in this case. This Court will await the SJC's resolution of the second question before it considers defendant's motion for judgment on the pleadings as to that question and as to whether an order of specific performance is required.

Accordingly, defendant's motion for judgment on the pleadings will be granted in part and denied in part. To the extent that it seeks a declaration that the lease was validly extended for a fourth term and was in effect until October 17, 2010, it is GRANTED. To the extent that it seeks a declaration concerning the validity of the purchase option and an order of specific performance, it is DENIED without prejudice to its renewal after resolution of the certified question by the Massachusetts Supreme Judicial Court.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 3, 2011 United States District Judge